IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **JEFFREY L. RAUSCHENBERG,** ) | **CHAPTER 13 BANKRUPTCY** |
| SSN: XXX-XX-0623 ) | **CASE NO.: 14-41940-JJR** |
| **DEBTOR.** ) | |

## OBJECTION TO CLAIM

**COMES NOW** the Debtor, **JEFFREY L. RAUSCHENBERG**, in the above styled matter, by and through his attorney of record, JOSH J. MITCHELL, and hereby objects to the following claim:

| Claim# | Claimant | Amount | Specific Basis For Objection |
|---|---|---|---|
| 4 | **NationStar Mortgage Inc.** | $117,598.96 | *Debt was discharged in CH7 10-43356-JJR7 |

*The Claim is for a debt secured by real property that was previously discharged in case number 10-43356-JJR7.

**WHEREFORE PREMISES CONSIDERED** the Debtor moves this Honorable court for an Order sustaining Debtor's objection to claim number 4 filed by NationStar Mortgage Inc.

**RESPECTFULLY** submitted on this the 26th day of February 2015.

/s/ *Josh J. Mitchell*
**JOSH J. MITCHELL**
**Attorney for Debtor**

**OF COUNSEL:**
**BOULOUKOS, OGLESBY & MITCHELL**
2017 2nd Ave N 1st Floor
Birmingham, AL 35203
Telephone: 205/322-1641
Facsimile: 205/322-1644
jmitchell@bandolaw.net

## CERTIFICATE OF SERVICE

I hereby certify that the above document has, on this the 26th day of February 2015 been filed with the court and that immediate electronic service has been provided to Linda B. Gore, Chapter 13 Trustee, (ch13books@bellsouth.net) and a copy of the same was served by U.S. Mail, properly addressed with first class postage upon the following:

NationStar Mortage LLC
PO Box 619096
Dallas, TX 75261-9741

/s/ *Josh J. Mitchell*
JOSH J. MITCHELL